Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: 0 hours 33 minutes
DATE: 10/5/2017  START TIME: 03:44 pm  END TIME: 04:17 pm
LUNCH RECESS  FROM:  TO:
RECESS (if more than ½ hr)  FROM:  TO:

CIVIL NO. 3:16-cv-01639-VLB

Community Association Underwriters of America, Inc et al

vs

CT Hardwood & Painting, LLC

Daniel J. deLuca
Plaintiff's Counsel

M. Barbarula, P. Casey, & D. Donnelly
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing
☐ Show Cause Hearing
☐ Evidentiary Hearing
☐ Judgment Debtor Exam
☑ Miscellaneous Hearing - Telephonic

☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ ☐ filed ☐ docketed
☐ ........... _____ Hearing continued until ____ at ____

Notes: Telephonic conference regarding consolidating 3:17-cv-646-VLB, 3:17-cv-192-VLB, and 3:16-cv-1639.